# ATTACHMENT A

*Property to be searched*

The property to be searched is 538 Hamblin Ave. W., Battle Creek, Michigan; further described as a white, two-level house with a black front door and attached garage:



