**ATTACHMENT B**

*Property to be seized*

1. All records and information that constitute evidence and instrumentalities of violations of 18 U.S.C. § 1341, 287, and 641 (the "Target Offenses") those violations involving Kevin CALDWELL and occurring between January 1, 2022 and the present including:

a) Records and information relating to mail fraud, false claims against the government, and theft of public money, including any conspiracy to commit those offenses;

b) Records and information relating to interactions with the Internal Revenue Service as it relates to the Target Offenses;

c) Records and information about the use of the e-mail accounts info@moneyversefhc.com, templeoflove0@gmail.com, and kcaldwell.biz@gmail.com.as it relates to the Target Offenses;

d) Records and information relating to the identity of any co-conspirators in the Target Offenses;

e) Records and information about the receipt or transfer of money to other individuals between Jan 1, 2022 and the present;

f) Records and information indicating state of mind as it relates to the Target Offenses and;

g) Records and information regarding the creation of tax returns and supporting documents, bills of exchange, negotiable instruments, contracts and agreements regarding real estate, real estate investment trusts, and investment vehicles;

h) Records and information about the business or financial entities created by Kevin CALDWELL, including Moundbuilders, Moneyverse Global Blockchain Tribe, Moneyverse Financial Holding Company, Love Nation, and the United Nations of Chippewa, Ottawa, and Potawatomi Indians, and the Kevin Caldwell Irrevocable Trust.

2. Electronic devices used as a means to commit the Target Offense(s).

3. For any electronic device that contains records and information relating to the Target Offenses:

a) Information about who used, owned, or controlled the device at the time the records and information subject to seizure described in this warrant were created, edited, or deleted, such as information about Internet Protocol addresses used by the device, logs, configuration files, saved usernames and passwords, "home screen" or "desktop" images selected by the user for the device, documents, browsing history, user profiles, email, contacts, "chat," instant messaging logs, and photographs.

b) Device "set up" or "registry information," such as a "recovery" email address, any associated account names or identifiers, any associated credit or payment account information, and the user-selected country, time zone, and language selected for the device;

c) Information indicating how and when the DEVICE was accessed or used as it relates to the Target Offenses;

d) Information about the attachment to the device of other electronic storage devices as it relates to the Target Offenses;

e) Information about software that would allow others to control the device, such as viruses and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

f) Information about counter-forensic programs (and associated data) that are designed to eliminate data from the device;

g) passwords, encryption keys, and other access devices that may be necessary to access the device;

h) documentation and manuals that may be necessary to access the device or to conduct a forensic examination of the device;

As used above, the terms “records” and “information” include all forms of creation or storage, including in any form of electronic device or electronic storage (such as hard drives or other media that can store data); in any handmade form (such as writing); in any mechanical form (such as printing or typing); and in any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term “electronic device” includes any device performing processing and/or storing data in an electronic, magnetic, or optical form, including computers, cellular telephones, tablets, and hard drives.