UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE SEARCH
OF

538 Hamblin Ave. W.
Battle Creek, MI 49037,
_______________________________/

Case No. No. 1:26-mj-00371

**NOTICE OF APPEARANCE**

The undersigned counsel enters their appearance for the United States of America in the above matter.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: September 9, 2026

NILS R. KESSLER
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404